FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PD-1312-14

6/19/2015
GENTRY, SAMUEL C.    Tr. Ct. No. 241-1540-12

On this day, the appellant's motion for bail is dismissed.   The motion for bail has been ordered redrafted.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 29 2015
TYLER TEXAS
CATHY S. LUSK, CLERK